# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00282-CR

**Michael Jordan, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 4 OF TRAVIS COUNTY
### NO. C-1-CR-10-500661, HONORABLE CLAUDE D. DAVIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Michael Jordan has filed a motion requesting that his appeal be dismissed.

*See* Tex. R. App. P. 42.2 (a).  We grant the motion and dismiss the appeal.

_____

Diane M. Henson, Justice

Before Justices Puryear, Pemberton and Henson

Dismissed on Appellant's Motion

Filed:   August 3, 2012

Do Not Publish